**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL SKWARLO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:24-cv-00544** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **COMMISSIONER OF THE SOCIAL** | ) | **MAGISTRATE JUDGE HOLMES** |
| **SECURITY ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 19) on Plaintiff's Motion to Remand to Agency (Doc. No. 12). The Magistrate Judge recommends the Court deny Plaintiff's motion.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 19 at 14-15). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's Motion for Remand to Agency (Doc. No. 12) **DENIED**.

This Order shall constitute final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE